**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bandar Enterprises, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA  Assurity Labs  DBA  Assurity Healthcare  DBA  CUUR Diagnostics  FDBA  Bandar Series 1 Assurity Labs |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-2909664 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 6140 S. Fort Apache Rd., Ste. 140  Las Vegas, NV 89148  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Clark  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |
|---|---|---|

Debtor  **Bandar Enterprises, LLC**　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   Bandar Enterprises, LLC                     Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                 ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000         ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Debtor  **Bandar Enterprises, LLC**                                                              Case number (*if known*)
                Name

☐ $50,001 - $100,000                  ☐ $10,000,001 - $50 million            ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                 ☐ $50,000,001 - $100 million           ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million               ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | Bandar Enterprises, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 28, 2023
MM / DD / YYYY

**X** /s/ Heath Wills                                        Heath Wills
Signature of authorized representative of debtor             Printed name

Title  Manager

**18. Signature of attorney**

**X** /s/ Matthew C. Zirzow                                 Date  March 28, 2023
Signature of attorney for debtor                                   MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone  702-382-1170       Email address  mzirzow@lzlawnv.com

7222 NV
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5

# UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF
# BANDAR ENTERPRISES, LLC, a Nevada limited liability company

The undersigned, being the sole members of BANDAR ENTERPRISES, LLC, a Nevada limited liability company (the "Company"), hereby approve and adopt the following resolutions effective as of March 28, 2023:

RESOLVED that in the judgment of the members of the Company, which is a member-managed entity, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11, subchapter V, of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that DR. HEATH WILLS (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems appropriate to commence the chapter 11 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the sole officer and member of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

BANDAR ENTERPRISES, LLC,
a Nevada limited liability company:


By:  /s/ Heath Wills
DR. HEATH WILLS, as Member

**Fill in this information to identify the case:**

Debtor name: Bandar Enterprises, LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2023     **X** /s/ Heath Wills
                                  Signature of individual signing on behalf of debtor

                                  Heath Wills
                                  Printed name

                                  Manager
                                  Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Bandar Enterprises, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Life Technologies Corporation<br>Attn: Bankruptcy Dept/Managing Agent<br>3175 Staley Road<br>Grand Island, NY 14072 | | Services | | | | $225,483.42 |
| Lumira Dx, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>221 Cresent Street<br>Waltham, MA 02453 | | Services | | | | $62,896.42 |
| Thermo Fisher Scientific<br>Attn: Bankruptcy Dept/Managing Agent<br>11450 Compaq Center Dr. W., Ste. 570<br>Houston, TX 77070 | | Services | | | | $32,887.03 |
| Fed Ex Revenue Services<br>Attn: Bankruptcy Dept/Managing Agent<br>3965 Airways, Module G<br>Memphis, TN 38116 | | Services | | | | $25,000.00 |
| Thomas Scientific<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 99 Swedesboro<br>Swedesboro, NJ 08085 | | Services | | | | $12,000.00 |

Debtor  **Bandar Enterprises, LLC**  
_____  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Nugget Scientific<br>Attn: Bankruptcy Dept/Managing Agent<br>3450 S. Sam Houston Pkwy E. #400<br>Houston, TX 77047 | | Services | | | | $10,400.00 |
| Cerillant Corporation<br>Attn: Bankruptcy Dept/Managing Agent<br>3050 Spruce Street<br>Saint Louis, MO 63103 | | Services | | | | $5,390.20 |
| 1 Health.io Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>201 Spear Street, Ste. 1100<br>San Francisco, CA 94105 | | Services | | | | $5,000.00 |
| Stericyle, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 6578<br>Carol Stream, IL 60197-6578 | | Services | | | | $3,357.61 |
| Integra Bioscineces Corporation<br>Attn: Bankruptcy Dept/Managing Agent<br>22 Friars Drive<br>Hudson, NH 03051 | | Services | | | | $1,270.78 |
| Lewis Roca Rothgerber Christie LLP<br>Attn: Ogonna M. Brown, Esq.<br>3993 Howard Hughes Pkwy, Ste. 600<br>Las Vegas, NV 89169 | | Attorney's fees and costs as counsel to Bill Holland | | | | $0.00 |
| McKinely Capital LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>33-C Wilson Drive<br>Sparta, NJ 07871 | | Misc. equipment | | $0.00 | Unknown | Unknown |
| Signature Financial LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>225 Broadhollow Road, Ste. 132W<br>Melville, NY 11747 | | Misc. equipment | | $0.00 | Unknown | Unknown |

Debtor  Bandar Enterprises, LLC  
Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| William M. Holland, as Receiver 2850 S. Jones Blvd., Suite 1 Las Vegas, NV 89146 | | Receiver Fees - Eighth Judicial District Court Case No. A-20-814263-B | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

# United States Bankruptcy Court
## District of Nevada

In re  Bandar Enterprises, LLC                                    Case No.
                                    Debtor(s)                      Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  March 28, 2023                         /s/ Heath Wills
                                              Heath Wills/Manager
                                              Signer/Title

Bandar Enterprises, LLC
6140 S. Fort Apache Rd., Ste. 140
Las Vegas, NV 89148

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Social Security Administration
Office of the Regional Chief Counsel
Region IX
160 Spear Street, Ste. 800
San Francisco, CA 94105-1545

Collins Capital, LLC
c/o Hogan Hulet PLLC
Attn: Kenneth E. Hogan, Esq.
1140 N. Town Center Dr., Ste. 300
Las Vegas, NV 89144

Lewis Roca Rothgerber Christie LLP
Attn: Ogonna M. Brown, Esq.
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, NV 89169

Martin Fabrikant
c/o Hogan Hulet PLLC
Attn: Kenneth E. Hogan, Esq.
1140 N. Town Center Dr., Ste. 300
Las Vegas, NV 89144

Partners Capital Financial Services
Attn: Bankr. Dept/Managing Agent
7808 Creekridge Circle, Ste. 250
Minneapolis, MN 55439

Stephen Geller
c/o Hogan Hulet PLLC
Attn: Kenneth E. Hogan, Esq.
1140 N. Town Center Dr., Ste. 300
Las Vegas, NV 89144

Thermo Fisher Scientific
Attn: Bankruptcy Dept/Managing Agent
11450 Compaq Center Dr. W., Ste. 570
Houston, TX 77070

William M. Holland, as Receiver
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

1 Health.io Inc.
Attn: Bankruptcy Dept/Managing Agent
201 Spear Street, Ste. 1100
San Francisco, CA 94105

Fed Ex Revenue Services
Attn: Bankruptcy Dept/Managing Agent
3965 Airways, Module G
Memphis, TN 38116

Life Technologies Corporation
Attn: Bankruptcy Dept/Managing Agent
3175 Staley Road
Grand Island, NY 14072

McKinely Capital LLC
Attn: Bankruptcy Dept/Managing Agent
33-C Wilson Drive
Sparta, NJ 07871

Signature Financial LLC
Attn: Bankruptcy Dept/Managing Agent
225 Broadhollow Road, Ste. 132W
Melville, NY 11747

Stericyle, Inc.
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 6578
Carol Stream, IL 60197-6578

Thomas Scientific
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 99 Swedesboro
Swedesboro, NJ 08085

Nevada Div. Public Health
Attn: Legal Department
4150 Technology Way
Carson City, NV 89706

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Cerillant Corporation
Attn: Bankruptcy Dept/Managing Age
3050 Spruce Street
Saint Louis, MO 63103

Integra Bioscineces Corporation
Attn: Bankruptcy Dept/Managing Age
22 Friars Drive
Hudson, NH 03051

Lumira Dx, Inc.
Attn: Bankruptcy Dept/Managing Age
221 Cresent Street
Waltham, MA 02453

Nugget Scientific
Attn: Bankruptcy Dept/Managing Age
3450 S. Sam Houston Pkwy E. #40
Houston, TX 77047

Single Helix Inv. Tech. LLC
c/o Hogan Hulet PLLC
Attn: Kenneth E. Hogan, Esq.
1140 N. Town Center Dr., Ste. 300
Las Vegas, NV 89144

Susan Kaplan
c/o Hogan Hulet PLLC
Attn: Kenneth E. Hogan, Esq.
1140 N. Town Center Dr., Ste. 300
Las Vegas, NV 89144

Wells Fargo Bank, N.A.
Attn: Bankruptcy Dept/Managing Age
P.O. Box 659713
TX 78625

Heath & Patricia Wills
c/o Eric Hone Law
Attn: Eric Hone, Esq.
701 S. Green valley Pkwy, #200
Henderson, NV 89074

HMD Credit and Collections
Attn: Bankruptcy Dept/Managing Agent
300 Industry Drive I
Pittsburgh, PA 15275

Lewis Roca Rothgerber Christie LLP
Attn: Ogonna Brown, Esq.
3393 Howard Hughes Pkwy, #600
Las Vegas, NV 89169

Nevada Dep't of Health
Attn: Patient Care Ombudsman
4150 Technology Way
Carson City, NV 89703

Wells Fargo, N.A.
c/o Lars K. Evensen, Esq.
Holland & Hart
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134