Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101
Telephone: (775) 784-5530
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BANDAR ENTERPRISES, LLC,<br><br>                           Debtor. | Case No: 23-11160-abl<br><br>Chapter 11<br><br>Date: July 26, 2023<br>Time: 1:30 p.m.<br>Place: Telephonic |

**DECLARATION OF KRISTINE R. KINNE IN SUPPORT OF MOTION OF THE UNITED STATES TRUSTEE UNDER 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014 TO DISMISS OR CONVERT CHAPTER 11 CASE**

I, Kristine R. Kinne, declare as follows:

    1.    I am employed as a Bankruptcy Analyst in the Reno, Nevada Office of the United States Trustee, Region 17 ("United States Trustee").

    2.    I am the Bankruptcy Analyst assigned to the above-captioned chapter 11 case. I have personal knowledge of the facts set forth herein. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

3. The United States Trustee is an official of the United States Department of Justice, charged by statute with the duty to oversee and supervise the administration of bankruptcy cases and take action to ensure that all reports, schedules, and fees required under Title 11 are properly and timely filed pursuant to 28 U.S.C. § 586. As part of my duties as a Bankruptcy Analyst, I am responsible for the supervision of chapter 11 cases in the Office of the United States Trustee, Region 17. This supervision includes: monitoring chapter 11 cases; reviewing petitions, schedules, statements and related documents, and pleadings filed by a chapter 11 debtor and other parties in interest; conducting the Initial Debtor Interview ("IDI") and requesting documents related to the IDI; reviewing Monthly Operating Reports ("MORs"); monitoring plans and disclosure statements; and other such other actions as the United States Trustee deems appropriate.

4. This declaration is based upon facts of which I have personal knowledge, as well as judicially-noticeable facts, such as filing dates, apparent from the court's records in this proceeding. This declaration is made in my official capacity as a representative of the United States Trustee, without waiving the attorney client privilege or the work product privilege.

5. On March 31, 2023, the United States Trustee sent an e-mail to Debtor's general bankruptcy counsel scheduling a telephonic IDI for April 13, 2023 and requesting that standard documentation be provided to the United States Trustee for the IDI no later than April 6, 2023.

6. On April 27, 2023, I sent another e-mail to Debtor's general bankruptcy counsel continuing the IDI to May 15, 2023 due to Debtor's pending motion to extend time to file its required schedules and statements. As none of the standard IDI documentation had been provided, I requested that it be provided to the United States Trustee for the continued IDI no later than May 4, 2023.

7.   On May 12, 2023, I sent a follow-up e-mail to Debtor's general bankruptcy counsel indicating that the documentation requested by the United States Trustee for the IDI remained outstanding.

8.   Despite these repeated requests and reminders, Debtor failed to provide any information and documentation reasonably requested by the United States Trustee in anticipation of the IDI, appear for the initial IDI scheduled for April 13, 2023, or appear for the continued IDI scheduled for May 15, 2023, in this case.

9.   Based upon my review of the Court's official ECF docket in the above-captioned case, I have determined that Debtor has not filed its first two MORs for the months of April and May 2023 in this case.  *See* ECF Docket *generally*.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Reno, Nevada on June 21, 2023.

/s/ Kristine Kinne
Kristine Kinne
Bankruptcy Analyst
for the United States Trustee

# CERTIFICATE OF SERVICE

I, ANABEL ABAD SANTOS, under penalty of perjury declare: That declarant is, and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action; that on June 21, 2023, I caused a copy of the foregoing

**DECLARATION OF KRISTINE R. KINNE IN SUPPORT OF MOTION OF THE UNITED STATES TRUSTEE, UNDER 11 U.S.C. § 1112(b), AND FEDERAL RULES OF BANRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT CHAPTER 11 CASE**

to be served on the following parties:

☑  a.  ECF System (attach Notice of Electronic Filing or list of persons & addresses):

- **PAUL N. ANDONIAN**    pandonian@hrhlaw.com
- **OGONNA M. BROWN**    obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com
- **ANDREW CUMMINGS**    andrew.cummings@hklaw.com
- **LARS EVENSEN**    lkevensen@hollandhart.com, blschroeder@hollandhart.com;intaketeam@hollandhart.com
- **JOHN A FORTIN**    jfortin@mcdonaldcarano.com, kkirn@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com
- **MICHAEL M. LIN**    LINLAWGROUP@GMAIL.COM, linmr91809@notify.bestcase.com
- **NATHAN F. SMITH**    nathan@mclaw.org, C201@ecfcbis.com
- **U.S. TRUSTEE - LV - 11**    USTPRegion17.lv.ecf@usdoj.gov
- **JOSEPH G. WENT**    jgwent@hollandhart.com, blschroeder@hollandhart.com;IntakeTeam@hollandhart.com
- **RYAN J. WORKS**    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
- **MATTHEW C. ZIRZOW**    mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

☑  b.  U.S. Mail, postage fully prepaid (*see* **separate BNC Certificate of Service**):

I declare under penalty of perjury that the foregoing is true and correct.

Signed: June 21, 2023

*/s/ Anabel Abad Santos*
Anabel Abad Santos