_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
July 11, 2023

_____

Ryan J. Works, Esq. (NSBN 9224)
John A. Fortin, Esq. (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

HOLLAND & KNIGHT LLP
Anjuli B. Woods, Esq. (NSBN 10989)
1800 California Street, Suite 5000
Denver, CO 80202
Telephone: (303) 974-6660
anjuli.woods@hklaw.com

Andrew Cummings, Esq. (NSBN 14505)
3 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 679-4371
andrew.cummings@hklaw.com

*Attorneys for Single Helix Investment Technology, LLC., Collins Capital LLC, Susan Kaplan, Stephen Geller, and Martin Fabrikant*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BANDAR ENTERPRISES, LLC,<br><br>        Debtor. | Case No.: 23-11160-abl<br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ABSTENTION AND DISMISSAL OF DEBTOR'S CHAPTER 11 BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 305(a)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1017(d)**<br><br>**Hearing Date: July 7, 2023**<br>**Hearing Time: 3:00 p.m.** |

1   This matter came before the Court on a hearing of Single Helix Investment Technology, LLC., Collins Capital LLC, Susan Kaplan, Stephen Geller, and Martin Fabrikant ("Creditors") *Motion for Abstention and Dismissal of Debtor's Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. § 305(a)(1) and Federal Rule of Bankruptcy Procedure 1017(d)* (the "Motion") [ECF No. 41]. All appearances were noted on the record. The Court, having reviewed the Motion, opposition and responses, having reviewed the declarations and exhibits in support thereof, having heard and considered the argument of counsel, having reviewed the Court's docket, on July 7, 2023 at 3:00 p.m. Pacific Time, stated its findings of fact and conclusions of law on the record, which are incorporated herein by this reference in accordance with Federal Rule of Civil Procedure 52, made applicable by Federal Rules of Bankruptcy Procedure 7052 and 9014, good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in its entirety and this Court will abstain from taking jurisdiction of this Chapter 11 Bankruptcy Case;

**IT IS FURTHER ORDERED** that the above captioned Chapter 11 Bankruptcy Case is dismissed.

# # #

1  In accordance with LR 9021, counsel submitting this **ORDER GRANTING MOTION FOR ABSTENTION AND DISMISSAL OF DEBTOR'S CHAPTER 11 BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 305(a)(1) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1017(d)** certifies that the order accurately reflects the court's ruling and that (check one):

☐  The Court has waived the requirement set forth in LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion.

■  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

| | |
|---|---|
| Matthew Zirzow, Esq. | **APPROVE**/~~DENY/WAIVED SIGNATURE~~ |
| Jared Day, Esq. | **APPROVE**/~~DENY/WAIVED SIGNATURE~~ |
| Joseph Went, Esq. | **APPROVE**/~~DENY/WAIVED SIGNATURE~~ |
| Dibora Berhanu, Esq. | **APPROVE**/~~DENY/WAIVED SIGNATURE~~ |
| Nathan Smith, Esq. | **APPROVE**/~~DENY/WAIVED SIGNATURE~~ |

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

McDONALD CARANO LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
John A. Fortin, Esq. (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

HOLLAND & KNIGHT LLP
Anjuli B. Woods, Esq. (NSBN 10989)
1800 California Street, Suite 5000
Denver, CO 80202

Andrew Cummings, Esq. (NSBN 14505)
3 Park Plaza, Suite 1400
Irvine, CA 92614

*Attorneys for Single Helix Investment Technology, LLC., Collins Capital LLC, Susan Kaplan, Stephen Geller, and Martin Fabrikant*