NVB 1017–1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–23–11160–abl |
| | CHAPTER 11 |
| BANDAR ENTERPRISES, LLC | |
|     dba ASSURITY LABS | |
|     dba ASSURITY HEALTHCARE | |
|     dba CUUR DIAGNOSTICS | NOTICE OF DISMISSAL; |
|     fdba BANDAR SERIES 1 ASSURITY LABS | NOTICE THAT ALL PENDING HEARINGS ARE VACATED |
| Debtor(s) | |

On 7/11/23, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 7/11/23

*Mary A Schott* (signature)

Mary A. Schott
Clerk of Court